IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
JUN 18 2013
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR-13-03-BLG-SEH |
| vs. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| THOMAS MICHAEL SHUMATE, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Carolyn S. Ostby, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby accepted. The Defendant is adjudged guilty of such count. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 18th day of June, 2013.

SAM E. HADDON
United States District Judge